# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FAH LIQUIDATING CORP. (f/k/a/ Fisker Automotive Holdings, Inc.), *et al.*, <br><br> Debtors. | No. 13-13087 (KG) <br><br> Chapter 11 <br><br> (Jointly Administered) |
| EMERALD CAPITAL ADVISORS CORP., as Trustee of the FAH Liquidating Trust, <br><br> Appellant, <br><br> - versus - <br><br> HUNSE INVESTMENTS, L.P., *et al.*, <br><br> Appellees. | 17 Civ. 00043 (GMS) |

## STIPULATION OF DISMISSAL OF APPEAL
## WITH PREJUDICE AND WITHOUT COSTS

Appellant Emerald Capital Advisors Corp., as trustee of the FAH Liquidating Trust, and Appellees Hunse Investments, L.P., *et al.*, through their undersigned counsel, hereby agree, pursuant to Federal Rule of Bankruptcy Procedure 8023, to the dismissal of the above-captioned appeal, this 13th day of October, 2017, with prejudice and without costs to any party.

The Appellant shall pay the balance of any court costs that are due, if any.

\*         \*         \*

Respectfully submitted,

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Mark Minuti*
Mark Minuti (No. 2659)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19801

**BROWN RUDNICK LLP**
William R. Baldiga
Brian T. Rice
One Financial Center
Boston, Massachusetts 02111

*Co-Counsel to the Appellant*

- and -

**ROSENTHAL, MONHAIT & GODDESS, P.A.**

*/s/ Norman M. Monhait*
Norman M. Monhait (No. 1040)
919 North Market Street, Suite 1401
Wilmington, Delaware 19899

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin
Nicole Fulfree
One Lowenstein Drive
Roseland, New Jersey 07068

*Co-Counsel to the Appellees*